```
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF VIRGINIA
              BIG STONE GAP DIVISION
```

| | | |
|---|---|---|
| **ANITA J. PARSONS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14CV00032 |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| **CAROLYN W. COLVIN, ACTING** | ) | By: James P. Jones |
| **COMMISSIONER OF** | ) | United States District Judge |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

*Robert B. Hines, II, Jonesville, Virginia, for Plaintiff; Nora Koch, Acting Regional Chief Counsel, Region III, Evelyn Rose Marie Protano, Assistant Regional Counsel, James McTigue, Special Assistant United States Attorney, Social Security Administration, Office of the General Counsel, Philadelphia, Pennsylvania, for Defendant.*

The Acting Commissioner of Social Security ("Commissioner") has filed timely objections to the Report filed February 24, 2016, setting forth the findings and recommendations of the magistrate judge, in which it is recommended that the case be remanded to the Commissioner for further development. The plaintiff has not filed a timely response to the objections, nor has she objected herself to the Report.

Based upon my de novo review, and for the reasons stated by the Commissioner in her objections (ECF No. 16), I find that the Commissioner's

objections are well founded and should be granted. Because the magistrate judge's rulings that were not objected to otherwise support the factual findings of the administrative law judge that the claimant was not disabled within the meaning of the Social Security Act, I find it appropriate to affirm the Commissioner's decision denying disability insurance benefits.

Accordingly, it is **ORDERED** that (1) the Commissioner's objections to the recommendation of the magistrate judge that the case be remanded to the Commission for further development are GRANTED; (2) the recommendation of the magistrate judge that the case be remanded to the Commission for further development is NOT ACCEPTED; (2) the Motion for Summary Judgment by the Commissioner is GRANTED; and (3) the decision of the Commissioner is AFFIRMED.

A separate final Judgment will be entered herewith.

ENTER: March 28, 2016

/s/  James P. Jones
United States District Judge